# UNITED STATES DISTRICT COURT
for the
# MIDDLE DISTRICT OF PENNSYLVANIA

**JOHN ANDERSON CONSTRUCTION, INC.**

*Plaintiff*

v.

**ENCOMPASS PIPELINE, LLC**

*Defendant*

Civil Action No.:
**4:26−CV−03004−MWB**
Hon. Matthew W. Brann

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

SEE COMPLAINT

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) −−− or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) −−− you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Anthony (T.J.) Andrisano
Buchanan Ingersoll & Rooney, PC
409 North Second Street
Suite 500
Harrisburg, PA 17101

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**PETER J. WELSH**

*CLERK OF COURT*

**s/ − Nicole R Reynolds**

*Signature of Clerk or Deputy Clerk*

**ISSUED ON 2026−10−08 16:28:17**, Clerk USDC MDPA

Civil Action No.: **4:26−CV−03004−MWB**

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for (name of individual and title, if any) ___________________________________ was received by me on (date)_____________________.

☐ I personally served the summons on the individual at (place)_________________________________ _______________________________________on (date)___________________________ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name)______________ _________________________________, a person of suitable age and discretion who resides there, on (date) __________________ , and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual)___________________________________ , who is designated by law to accept service of process on behalf of (name of organization)______________ _________________________________________________ on (date) ________________; or

☐ I returned the summons unexecuted because__________________________________________ ; or

☐ Other (specify) :

My fees are $ _________ for travel and $__________ for services, for a total of $________________.

I declare under penalty of perjury that this information is true.

______________________ Date

__________________________________________ *Server's Signature*

__________________________________________ *Printed name and title*

__________________________________________ *Server's Address*

Additional information regarding attempted service, etc: